Fill in this information to identify the case:

Debtor name: **BG Capital Management South Florida, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION**
Case number (if known): **18-24677-JKO**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | | Taxes | | | | $0.00 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | Taxes | | | | $0.00 |
| Pointe West Master Property Owners Association, Inc.<br>1999 Pointe West Dr<br>Vero Beach, FL 32966-1302 | | HOA fees | | | | $0.00 |
| The Polo Grounds At Pointe West Property Owners Association, Inc.<br>1999 Pointe West Dr<br>Vero Beach, FL 32966-1302 | | HOA fees | | | | $0.00 |