**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

**IN RE:**

BG CAPITAL MANAGEMENT
  SOUTH FLORIDA, LLC.,                               Case No. 18-24677-JKO

        Debtor-in-Possession,
_____/

**CORPORATE OWNERSHIP STATEMENT**

      Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B), <u>BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC</u>, a (check one):

[X]  Corporate Debtor
[ ]  Party to an adversary proceeding
[ ]  Party to a contested matter
[ ]  Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

**<u>BG CAPITAL MANAGEMENT CORP.</u>**


OR

[ ]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 31st day of December, 2018

                                         **VAN HORN LAW GROUP, P.A.**
                                         330 N Andrews Ave., Suite 450
                                         Fort Lauderdale, FL 33301
                                         Telephone: (954) 765-3166
                                         Facsimile: (954) 756-7103
                                         Email: Chad@cvhlawgroup.com

                                 By: /s/  **Chad Van Horn, Esq.**
                                         Chad Van Horn, Esq.
                                         Florida Bar No. 64500