**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

**IN RE:**                          Case No. **18-24677-JKO**

**BG Capital Management South Florida, LLC**      Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **BG Capital Management Corp.** <br> **1250 S Pine Island Rd Fl 5** <br> **Plantation, FL  33324-4419** | **50** | **Member** |
| **Robert Genovese** <br> **1250 S Pine Island Rd Fl 5** <br> **Plantation, FL  33324-4419** | **50** | **Member** |

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)