United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 18-24677-JKO
BG Capital Management South Florida, LLC                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0          User: weldonm          Page 1 of 2          Date Rcvd: Jan 16, 2019
                              Form ID: pdf001        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
```
db              BG Capital Management South Florida, LLC,   1250 S Pine Island Rd,   Fl 5,
                  Plantation, FL 33324-4419
smg            +Broward County Tax Collector,   115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
cr             +Gaddis Capital Corporation,   c/o Stuart M. Gold,   600 S. Andrews Avenue Suite 401,
                  Ft. Lauderdale, FL 33301-2861
94865093        Alley, Maass, Rogers & Lindsay, P.A.,   340 Royal Poinciana Way Ste 321,
                  Palm Beach, FL 33480-4096
94865094        Berger Singerman,   350 E Las Olas Blvd Ste 1000,   Fort Lauderdale, FL 33301-4215
94814493        Brennan Grogan, Esq.,   Levin Law Group, P.A.,   3300 Pga Blvd Ste 430,
                  Palm Beach Gardens, FL 33410-2800
94814494        Charles W. McKinnon, Esq.,   McKinnon & Hamilton PLLC,   3055 Cardinal Dr Ste 302,
                  Vero Beach, FL 32963-4925
94865095        Clark Hill,   500 Woodward Ave Ste 3500,   Detroit, MI 48226-3485
94814495        David R. Roy, P.A.,   4209 N Federal Hwy,   Pompano Beach, FL 33064-6048
94865096       +Duff & Phelps LLC,   225 Franklin St Fl 21,   Boston, MA 02110-2842
94814497        Florida Department of Revenue,   8175 NW 12th St Ste 119,   Doral, FL 33126-1828
94814498        Gaddis Capital Corporation,   221 W Oakland Park Blvd Fl 3,   Fort Lauderdale, FL 33311-1757
94865097        Greenberg Traurig, P.A,   401 E Las Olas Blvd Ste 2000,   Fort Lauderdale, FL 33301-4223
94865098       #Iberia Bank,   200 E Las Olas Blvd Ste 2000,   Fort Lauderdale, FL 33301-2474
94865100        MN Invest Group LLC,   409 W Hallandale Beach Blvd Ste 214,   Hallandale, FL 33009-5301
94865099        Michael Waskiewicz, Esq.,   Burr & Forman LLP Bank of America Tower,   50 N Laura St Ste 3000,
                  Jacksonville, FL 32202-3658
94865101        Orion Environmental Inc.,   Attn: Shaun Lopez,   4875 Newport St,
                  Commerce City, CO 80022-4611
94814501        Pointe West Master Property Owners,   Association, Inc.,   1999 Pointe West Dr,
                  Vero Beach, FL 32966-1302
94865102        Saavedra Goodwin,   312 SE 17th St Fl 2,   Fort Lauderdale, FL 33316-2524
94814502        The Polo Grounds At Pointe West Property,   Owners Association, Inc.,   1999 Pointe West Dr,
                  Vero Beach, FL 32966-1302
94865103        Thornton Grout Finnigan LLP,   100 Wellington Street West Ste 3200,   PO Box 329,
                  Toronto Ontario M5K 1K7
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: IRS.COM Jan 17 2019 07:58:00      IRS,   POB 7346,   Philadelphia, PA 19101-7346
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jan 17 2019 03:30:14      Office of the US Trustee,
                  51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
94814496        EDI: FLDEPREV.COM Jan 17 2019 07:58:00      Florida Department of Revenue,   PO Box 6668,
                  Tallahassee, FL 32314-6668
94865104        E-mail/Text: marisa.sheppard@timepayment.com Jan 17 2019 03:30:49      Timepayment,
                  1600 District Ave Ste 200,   Burlington, MA 01803-5233
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Florida Department of Revenue,   POB 6668,   Tallahassee, FL 32314-6668
94814499*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,   PO Box 21126,
                  Philadelphia, PA 19114-0326)
94814500*      +Internal Revenue Service,   7850 SW 6th Ct # 5730,   Plantation, FL 33324-3210
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 113C-0          User: weldonm             Page 2 of 2            Date Rcvd: Jan 16, 2019
                              Form ID: pdf001           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Chad T Van Horn    on behalf of Debtor    BG Capital Management South Florida, LLC
               Chad@cvhlawgroup.com,  Chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,
               notices@nextchapterbk.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,
               chapter11@cvhlawgroup.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Stuart M. Gold, Esq.    on behalf of Creditor    Gaddis Capital Corporation sgold@swglawyers.com
              Zana Michelle Scarlett    on behalf of U.S. Trustee    Office of the US Trustee
               Zana.M.Scarlett@usdoj.gov
                                                                                             TOTAL: 4
```



**ORDERED in the Southern District of Florida on January 15, 2019.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                  Case No.  18-24677-JKO
                                                                                         Chapter 11
BG CAPITAL MANAGEMENT
SOUTH FLORIDA, LLC,

      Debtor-In-Possession.
_____/

**ORDER GRANTING JOINT MOTION TO DISMISS CHAPTER 11 CASE (DE 11)
AND OVERRULING UNITED STATES TRUSTEE'S OBJECTION (DE 14)**

**THIS MATTER** came before the Court on Wednesday, January 9, 2019 at 10:30 a.m. upon the Debtor's *Joint Motion to Dismiss Chapter 11 Case* (DE 11) (the "Motion") and the United States Trustee's Objection (DE 14) (the "Objection") thereto.  The Court, having heard argument of counsel, finds good cause exists to grant the Motion and overrule the Objection.

     **IT IS THEREFORE ORDERED:**

     1.     The Motion is **GRANTED.**

     2.     This case is dismissed with 180 days prejudice to filing another petition.

3. The Objection is **OVERRULED.**

4. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements since the filing of the last debtor-in-possession monthly operating report.

5. The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

6. The Court shall retain jurisdiction to enforce the provisions of this Order.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same).*