UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No.: 18-24677-JKO
BG CAPITAL MANAGEMENT
SOUTH FLORIDA, LLC,                                         Chapter 11

       Debtor-in-Possession.
_____/


**AFFIDAVIT OF DISBURSEMENTS FOR THE PERIODS NOVEMBER 7, 2018 TO DECEMBER 31, 2018; AND JANUARY 1, 2019 TO JANUARY 16, 2019**

State of Florida           )
                           )ss:
County of Broward          )

      BEFORE ME, the undersigned authority, personally appeared Robert Genovese (the "Debtor"), who being duly sworn deposes and says:

      1.    I am over 18 years of age and the information contained in this Affidavit is true and correct based upon my personal knowledge.

      2.    Based upon my review, I have made disbursements of $43,951.03 for the period November 7, 2018 through December 31, 2018; and $618.75 for the period January 1, 2019 through January 16, 2019.

      FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert Genovese

      BEFORE ME, the undersigned authority, this day personally appeared Robert Genovese who, after being duly sworn, deposes and states she is the person who acknowledged and swore before me that said Affidavit was truthful and complete to the best of his knowledge and ability.

WITNESS my hand and seal this __7__ day of __February__, 2019.

_____
Notary Signature

My commission expires:
__✓__ Personally known to me
_____ Produced the following identification: _____

Notary Public State of Florida
Kirstie Ann Ward
My Commission NA 059778
Expires 01/26/2022